# UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-6305

LARRY COCHRAN,

      Plaintiff - Appellant,

       v.

DR. JEAN LINDZAU; DR. AMY ROSENTHAL; DR. CARL REID,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:15-ct-03139-D)

Submitted:  July 27, 2017                                  Decided:  July 31, 2017

Before AGEE and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Larry Cochran, Appellant Pro Se. Lucian P. Sbarra, HEDRICK GARDNER KINCHELOE & GAROFALO, LLP, Charlotte, North Carolina; G. Norman Acker, III, Rudy E. Renfer, Assistant United States Attorneys, Christina Ann Kelley, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Cochran appeals the district court's order denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cochran v. Lindzau*, No. 3:15-ct-03139-D (E.D.N.C. Feb. 21, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*